IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> California Department of Corrections, ) <br> ) <br> Respondent. ) <br> ) | No. C 06-2888 JSW (PR) <br><br> ORDER OF DISMISSAL |

Jose Alvarado filed this action for a writ of habeas corpus under 28 U.S.C. § 2254 and paid the filing fee. On October 16, 2006, the Court dismissed the petition with leave to amend within sixty days (docket no. 2). Thereafter, on November 1, 2006, the Court's order was returned as undeliverable, with no forwarding address for Petitioner. More than 60 days have passed since the letter was returned. Accordingly, Petitioner's action is hereby dismissed without prejudice for his failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED: January 10, 2007

_____
JEFFREY S. WHITE
United States District Judge

1